# United States District Court
## Eastern District of Michigan

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| KAZUHIKO KASHIMOTO | Case Number: 12CR20382-1 |
| | USM Number: 47660-039 |
| | |
| | Lawerence Lustberg |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ Pleaded guilty to count(s)  **1**.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy to Restrain Trade | September 2007 | 1 |

   The defendant is sentenced as provided in pages **2 through 4** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 26, 2012
Date of Imposition of Judgment

s/George Caram Steeh
United States District Judge

September 26, 2012
Date Signed

DEFENDANT:  KAZUHIKO KASHIMOTO
CASE NUMBER:  12CR20382-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **14 months.  No term of supervision to follow.**

The court makes the following recommendations to the Bureau of Prisons:  **placement at the Federal Minimum Security Camp, Lompoc, California.  Costs of incarceration are waived.**

The defendant shall surrender for service of sentence at the institutuion designated by the Bureau of Prison: **as notified by the United States Marshal on or after November 14, 2012.**

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

DEFENDANT: KAZUHIKO KASHIMOTO
CASE NUMBER: 12CR20382-1

# CRIMINAL MONETARY PENALTIES

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 100.00 | $ 20,000.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

***** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 5A - Criminal Monetary Penalties

2:12-cr-20382-GCS-PJK   Doc # 6   Filed 09/26/12   Pg 4 of 4   Pg ID 18

Judgment-Page 4 of 4

DEFENDANT:  KAZUHIKO KASHIMOTO
CASE NUMBER:  12CR20382-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Payment due immediately